JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Judith Ann Jorge, | ) | SACV 16-01874 JVS (DFMx) |
| --- | --- | --- |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| Petsmart, Inc., et al., | ) | |
| Defendant(s). | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: September 12, 2017

_____
James V. Selna
United States District Judge